

# United States District Court
# Eastern District of California

| MARIA BOLLINGER et al. | Case Number: 1:24-CV-00303-JLT-SKO |
|---|---|
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| STARBUCKS CORPORATION | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Bogdan Enica** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

MARIA BOLLINGER, DAWN MILLER, SHUNDA SMITH

On **01/30/2013** (date), I was admitted to practice and presently in good standing in the **State of Florida** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **04/18/2024**    Signature of Applicant: /s/ **Bogdan Enica**

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Bogdan Enica |
| Law Firm Name: | KEITH GIBSON LAW P.C. |
| Address: | 1200 N. Federal Highway, Suite 375 |
| City: | Boca Raton    State: FL    Zip: 33432 |
| Phone Number w/Area Code: | (305) 306-4989 |
| City and State of Residence: | Boca Raton, Florida |
| Primary E-mail Address: | bogdan@keithgibsonlaw.com |
| Secondary E-mail Address: | ecf@keithgibsonlaw.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Trenton R. Kashima |
| Law Firm Name: | MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC |
| Address: | 402 West Broadway St., Suite 1760 |
| City: | San Diego    State: CA    Zip: 92101 |
| Phone Number w/Area Code: | (619) 810-7047    Bar #: 291405 |

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 4/19/2024

*Sheila K. Oberto*
JUDGE, U.S. DISTRICT COURT

# Supreme Court of Florida

## Certificate of Good Standing

*I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

**BOGDAN ENICA**

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **JANUARY 30, 2013,** *is presently in good standing, and that the private and professional character of the attorney appear to be good.*



*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this* **APRIL 12, 2024.**

_____
*Clerk of the Supreme Court of Florida*