# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA BOLLINGER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STARBUCKS CORPORATION, <br><br> Defendant. | Case No. 1:24-cv-00303-JLT-SAB <br><br> ORDER GRANTING MINH N. VU AND MICHAEL E. STEINBERG'S *PRO HAC VICE* APPLICATIONS <br><br> (ECF Nos. 12, 13) |

The court has read and considered the applications of Minh N. Vu and Michael E. Steinberg, attorneys for Starbucks Corporation, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. Having reviewed the applications, Minh N. Vu and Michael E. Steinberg's applications for admission to practice *pro hac vice* are HEREBY GRANTED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **May 8, 2024**

UNITED STATES MAGISTRATE JUDGE