# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA BOLLINGER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>STARBUCKS CORPORATION,<br><br>    Defendant. | Case No. 1:24-cv-00303-JLT-SAB<br><br>ORDER RE STIPULATION TO EXTEND BRIEFING SCHEDULE<br><br>(ECF No. 18) |

On June 3, 2024, Defendant filed a motion to dismiss that was referred to the undersigned. (ECF Nos. 15, 16.) On June 18, 2024, the parties filed a stipulation to extend the briefing schedule. (ECF No. 18.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall file any opposition to the motion to dismiss on or before July 3, 2024; and

2. Defendant shall file any reply to the opposition on or before July 22, 2024.

IT IS SO ORDERED.

Dated:    **June 19, 2024**

UNITED STATES MAGISTRATE JUDGE

1