# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA BOLLINGER, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>STARBUCKS CORPORATION,<br><br>　　　　　Defendant. | Case No. 1:24-cv-00303-JLT-SAB<br><br>ORDER DIRECTING CLERK OF THE COURT TO ADMINISTRATIVELY TERMINATE WITHDRAWN MOTION TO DISMISS<br><br>(ECF No. 15) |

On June 3, 2024, Starbucks Corporation ("Defendant") filed a motion to dismiss that was referred to the undersigned. (ECF Nos. 15, 16.) On June 24, 2024, Plaintiffs filed a first amended complaint. (ECF No. 20.) On June 27, 2024, an order issued directing Defendant to either file a motion to withdraw the motion to dismiss or a notice informing the Court why the motion is not moot based on the filing of the first amended complaint. (ECF No. 21.) On June 1, 2024, Defendant filed a notice of withdraw of the pending motion to dismiss and a second motion to dismiss was filed. (ECF Nos. 22, 23.)

Accordingly, based on Defendant's noticed, IT IS HEREBY ORDERED that the Clerk of the Court is DIRECTED to administratively terminate the motion to dismiss filed June 3, 2024 (ECF No. 15.)

IT IS SO ORDERED.

Dated:  **July 2, 2024**

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE