# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA BOLLINGER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STARBUCKS CORPORATION, <br><br> Defendant. | Case No. 1:24-cv-00303-JLT-SAB <br><br> ORDER RE STIPULATION TO EXTEND BRIEFING SCHEDULE <br><br> (ECF No. 27) |

On July 1, 2024, Defendant filed a motion to dismiss that was referred to the undersigned. (ECF Nos. 23, 24.) On July 10, 2024, the parties filed a stipulation to extend the briefing schedule. (ECF No. 27.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiffs shall file any opposition to the motion to dismiss on or before July 29, 2024; and

2. Defendant shall file any reply to the opposition on or before August 12, 2024.

IT IS SO ORDERED.

Dated: **July 11, 2024**

UNITED STATES MAGISTRATE JUDGE