# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA BOLLINGER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>STARBUCKS CORPORATION,<br><br>    Defendant. | Case No.  1:24-cv-00303-JLT-SAB<br><br>ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS<br><br> (ECF No. 32) |

On July 1, 2024, Defendant filed a motion to dismiss Plaintiffs' first amended complaint. (ECF No. 23.)  Plaintiffs filed an opposition to the motion on July 29, 2024.  (ECF No. 30.)  On August 2, 2024, Defendant filed a motion for a seven-day extension of time to file a reply to Plaintiffs' opposition to the motion.  (ECF No. 32.)

Defendant asserts that Plaintiffs' counsel has been contacted and does not oppose the motion for an extension of time.  (Decl. of Minh Vu at ¶ 3, ECF No. 32-1.)  Rule 230(b) of the Local Rules of the Eastern District of California ("L.R.") applies to motions and states,

> Except as otherwise provided in these Rules or as ordered or allowed by the Court, all motions shall be noticed on the motion calendar of the assigned Judge or Magistrate Judge. The moving party shall file a notice of motion, motion, accompanying briefs, affidavits, if appropriate, and copies of all documentary evidence that the moving party intends to submit in support of the motion. The matter shall be set for hearing on the motion calendar of the Judge or Magistrate Judge to whom the action has been assigned or before whom the motion is to be heard not less than thirty-five (35) days after service and filing of the motion. Motions defectively noticed shall be filed, but not set for hearing; the Clerk shall

immediately notify the moving party of the defective notice and of the next available dates and times for proper notice, and the moving party shall file and serve a new notice of motion setting forth a proper time and date. See L.R. 135.

In this instance, the Court will grant Defendant's request for an extension of cause finding that good cause exists. However, where the request to extend time is agreed upon by the parties, counsel is advised that a stipulation should be filed signed by all parties who have appeared and are affected. (See L.R. 144.)

Accordingly, IT IS HEREBY ORDERED that Defendant shall file a reply to Plaintiffs' opposition to Defendant's motion to dismiss on or before August 19, 2024.

IT IS SO ORDERED.

Dated:   **August 5, 2024**

UNITED STATES MAGISTRATE JUDGE