# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA BOLLINGER, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> STARBUCKS CORPORATION, <br><br>  Defendant. | Case No. 1:24-cv-00303-JLT-SAB <br><br> ORDER VACATING NOVEMBER 6, 2024 HEARING <br><br> ORDER ALLOWING PLAINTIFFS UNTIL DECEMBER 13, 2024 TO SEEK LEAVE TO FILE A SECOND AMENDED COMPLAINT <br><br> (ECF No. 37) |

On November 4, 2024, the parties filed a joint motion to cancel the November 6, 2024 hearing regarding Defendant's motion to dismiss Plaintiffs' first amended complaint due to Plaintiffs' intention to seek leave to file a second amended complaint. (ECF No. 37.) Plaintiffs represent that they intend to file a motion for leave to amend the first amended complaint by December 13, 2024 in light of Defendant's recent change to its pricing policy for non-dairy milk beverage customization, which is the subject of this action. Plaintiffs proffer the extended December 13, 2024 deadline is in part due to Plaintiffs' counsel's scheduled medical procedure. Defendant takes no position on the propriety of further amendment because it has not yet seen the proposed second amended complaint. However, Defendant anticipates filing a motion to dismiss any forthcoming amended complaint and requests that the Court allow Defendants forty-five days from the date the Court grants leave to file the second amended complaint.

The Court finds good cause to vacate the November 6, 2024 hearing and allow Plaintiffs until December 13, 2024 to file any motion for leave to file a second amended complaint. Should Plaintiffs fail to file a motion for leave to file a second amended complaint, the Court shall take the current motion to dismiss (ECF No. 23) under submission and issue its findings and recommendations. While the Court appreciates Defendant's current inability to take a position regarding amendment given no proposed amended complaint has been offered, the Court shall deny without prejudice Defendant's request for a forty-five day deadline within which to file a response to any second amended complaint. Because no motion for leave to amend has been filed, nonetheless granted, the Court finds setting deadlines for a response at this time is premature. Defendant may file a request for an extension of time to file a response should a motion for leave to file a second amended complaint be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. The November 6, 2024 hearing regarding Defendants' motion to dismiss Plaintiffs' first amended complaint is VACATED;

2. Plaintiffs shall file a motion for leave to file a second amended complaint **no later than December 13, 2024**. If no stipulation or motion is received by December 13, 2024, the Court shall deem Defendant's motion to dismiss Plaintiffs' first amended complaint submitted and issue findings and recommendations; and

3. Defendant's request for a forty-five day extension of time to file its response to any forthcoming second amended complaint is DENIED without prejudice.

IT IS SO ORDERED.

Dated:  **November 4, 2024**

UNITED STATES MAGISTRATE JUDGE