# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA BOLLINGER, et al.<br><br>  Plaintiffs,<br><br> v.<br><br> STARBUCKS CORPORATION,<br><br>  Defendant. | Case No. 1:24-cv-00303-JLT-SAB<br><br>ORDER REQUIRING THAT PLAINTIFFS FILE A RESPONSE TO DEFENDANT'S MOTION FOR ADMINISTRATIVE RELIEF NO LATER THAN DECEMBER 20, 2024<br><br>(ECF No. 41)<br><br>**DEADLINE: December 20, 2024 at 12 p.m. PST** |

     On December 17, 2024, Defendant filed a motion for administrative relief seeking a seventeen day extension of time to respond to Plaintiffs' December 13, 2024 motion for leave to file a second amended complaint. (ECF No. 41.) Defendant's opposition, if any, is currently due on December 27, 2024. See L.R. 230(c). Defendant proffers that the volume and nature of the Plaintiffs' proposed amendments and the propriety of Plaintiffs' motion requires additional time to formulate an opposition. Further, Defendant provides a declaration by counsel that explains the extension is sought to accommodate the upcoming holidays and vacation plans. (ECF No. 41-2 at 2.) Despite this reasoning being relayed to Plaintiffs' counsel on December 16, 2024, Plaintiffs' counsel informed Defendants' counsel that Plaintiffs oppose the extension. (Id. at 4.)

     Plaintiffs' opposition or supporting statement to Defendant's motion for administrative relief is currently due on December 23, 2024. L.R. 233(b); Fed. R. Civ. Pro. 6. The Court is closed on December 24, 2024 and December 25, 2024. Given Plaintiffs had notice of Defendant's request for extension by December 16, 2024, Defendant's proffer of the

1

unavailability of counsel, and the Court's two-day closure, the Court finds it imprudent to issue an order regarding Defendant's request for extension of time on December 26, 2024, the day before the deadline. Further, the Court does not independently find a reason to deny Defendants' request for a seventeen-day extension of time to file an opposition, if any, to Plaintiffs' motion for leave to file a second amended complaint. The Court shall therefore order Plaintiffs to file a supporting statement or opposition to Defendants' request for an extension of time within a shortened timeframe. The opposition or supporting statement must otherwise conform with the requirements provided by Local Rule 233(b).

Accordingly, IT IS HEREBY ORDERED that Plaintiffs file a supporting statement or opposition to Defendant's request for an extension of time to file an opposition to Plaintiff's motion for leave to amend to file a second amended complaint **no later than 12:00 p.m. PST on December 20, 2024**. Plaintiffs' failure to do so shall be construed as a non-opposition to Defendant's motion for a seventeen day extension of time.

IT IS SO ORDERED.

Dated:   **December 18, 2024**

STANLEY A. BOONE
United States Magistrate Judge

2