# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA BOLLINGER, et al.<br><br>Plaintiffs,<br><br>v.<br><br>STARBUCKS CORPORATION,<br><br>Defendant. | Case No. 1:24-cv-00303-JLT-SAB<br><br>ORDER VACATING JANUARY 29, 2025 HEARING DATE<br><br>(ECF No. 40) |

Plaintiffs filed a motion to amend the first amended complaint on December 13, 2024. (ECF No. 40.) Following a modification to the briefing schedule, Defendant filed its opposition on January 13, 2025 (ECF No. 46) and Plaintiffs filed their response on January 23, 2025 (ECF No. 48). The motion is set to be heard on January 29, 2025. (ECF No. 40.)

The Court, having reviewed the record, finds this matter suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the matter is taken under submission. The previously scheduled hearing set on January 29, 2025, is VACATED, and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated: **January 28, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1