# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA BOLLINGER, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>STARBUCKS CORPORATION,<br><br>　　　　Defendant. | Case No. 1:24-cv-00303-JLT-SAB<br><br>ORDER RE: MOTION FOR ADMINISTRATIVE RELIEF<br><br>CONTINUING APRIL 8, 2025 SCHEDULING CONFERENCE TO AUGUST 19, 2025<br><br>(ECF No. 50) |

On March 12, 2025, Defendant filed a motion for administrative relief seeking an adjournment of the April 8, 2025 mandatory scheduling conference. (ECF No. 50.) The Court finds an opposition or statement of non-opposition by Plaintiffs would not aid the Court in deciding the instant motion. See L.R. 233(b).

Due to the pending motions before the Court (ECF Nos. 23, 40), the Court shall CONTINUE the April 8, 2025 scheduling conference to **August 19, 2025 at 11:00 a.m. in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone.** A Joint Scheduling Report is due **one week** before the new conference date.

IT IS SO ORDERED.

Dated: __March 13, 2025__

　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　United States Magistrate Judge

1