# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA BOLLINGER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STARBUCKS CORPORATION,<br><br>Defendant. | Case No. 1:24-cv-00303-JLT-SAB<br><br>ORDER RE: STIPULATION TO MODIFY BRIEFING SCHEDULE AND CONTINUE HEARING TO JUNE 18, 2025<br><br>(ECF No. 59) |

On April 7, 2025, Defendant filed a motion to dismiss that was referred to the undersigned. (ECF Nos. 56, 57.) On April 17, 2025, the parties filed a stipulation to extend the briefing schedule and continue the hearing. (ECF No. 59.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiffs' opposition to the motion to dismiss, if any, shall be filed no later than **May 5, 2025**;

2. Defendant's reply, if any, shall be filed no later than **May 19, 2025**; and

3. The hearing currently set for June 4, 2025 is CONTINUED to **June 18, 2025 at 10:00 a.m. in Courtroom 9**.

IT IS SO ORDERED.

Dated:  **April 17, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1