# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA BOLLINGER, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>STARBUCKS CORPORATION,<br><br>  Defendant. | Case No. 1:24-cv-00303-JLT-SAB<br><br>ORDER RE STIPULATION REGARDING MOTION TO DISMISS BRIEFING SCHEDULE AND HEARING DATE<br><br>(ECF No. 63) |

Before the Court is the parties' stipulation regarding the briefing schedule and hearing date associated with Defendant's motion to dismiss. (ECF No. 63.) For good cause shown, the Court hereby approves the stipulation and ORDERS that:

1. Plaintiffs shall have through **May 19, 2025**, to file an opposition to the motion to dismiss;

2. Defendant shall have through **June 2, 2025**, to file a reply, if any;

**3.** The hearing on the motion to dismiss shall take place on **July 30, 2025, at 10:00 a.m.**

IT IS SO ORDERED.

Dated:  **May 6, 2025**

STANLEY A. BOONE
United States Magistrate Judge