**SEYFARTH SHAW LLP**
Kristina M. Launey (SBN 221335)
klauney@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone:   (916) 448-0159

**SEYFARTH SHAW LLP**
Minh N. Vu (Admitted *Pro Hac Vice*)
mvu@seyfarth.com
975 F Street, NW
Washington, DC 20004
Telephone:  (202) 463-2300
Facsimile:   (202) 828-5393

**SEYFARTH SHAW LLP**
Michael E. Steinberg (Admitted *Pro hac vice*)
msteinberg@seyfarth.com
Two Seaport Lane, Suite 1200
Boston, MA 02210
Telephone:   (617) 946-4800
Facsimile:  (617) 946-4801

Attorneys for Defendant
Starbucks Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA BOLLINGER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STARBUCKS CORPORATION, <br><br> Defendant. | Case No. 1:24-cv-00303-JLT-SAB <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO DISMISS AND MOTION TO STAY OPPOSITION DEADLINES** |

   WHEREAS, on April 7, 2025, Defendant Starbucks Corporation filed a motion to dismiss the Second Amended Complaint (ECF No. 56) (the "Motion to Dismiss");

STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO DISMISS AND MOTION TO STAY OPPOSITION DEADLINES, CASE NO. 1:24-CV-00303-JLT-SAB

317841547v.1

WHEREAS, on April 30, 2025, Plaintiffs filed a motion to stay this case pending the resolution of another case on appeal in the Ninth Circuit Court of Appeals (ECF No. 62) (Motion to Stay");

WHEREAS, on May 5, 2025, the Parties filed a stipulation to extend the deadline for Plaintiffs to file their Response to the Motion to Dismiss to May 19, 2025, extend Defendant's deadline to file a Reply to June 2, 2025, and extend the hearing date from June 18, 2025, to July 2, 2025 (ECF No. 63);

WHEREAS, on May 6, 2025, the Court issued an order extending the deadline for Plaintiffs to file their Response to the Motion to Dismiss to May 19, 2025, extending Defendant's deadline to file a Reply to June 2, 2025, and extending the hearing date from June 18, 2025 to July 30, 2025 (ECF No. 64);

WHEREAS, Defendant's deadline to respond to the Motion to Stay is May 14, 2025;

WHEREAS, Plaintiffs' deadline to respond to the Motion to Dismiss is May 19, 2025; and

WHEREAS, the Parties have agreed to extend the deadlines for Defendants to file their opposition to the Motion to Stay and for Plaintiffs to file their opposition to the Motion to Dismiss by 21 days;

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs Maria Bollinger, Dawn Miller, and Shunda Smith and Defendant Starbucks Corporation that any opposition to the Motion to Stay shall be served and filed no later than June 4, 2025, and any opposition to the Motion to Dismiss shall be filed no later than June 9, 2025.

DATED: May 15, 2025

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Minh N. Vu*
    Minh N. Vu (Admitted *Pro Hac Vice*)
    Kristina M. Launey
    Michael E. Steinberg (Admitted *Pro Hac Vice*)
    Attorneys for Defendant
    Starbucks Corporation

DATED: May 15, 2025

Respectfully submitted,

MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC

By: */s/ Bogdan Enica*
    Bogdan Enica (Admitted *Pro Hac Vice*)
    Trenton R. Kashima
    Keith L. Gibson (Admitted *Pro Hac Vice*)
    Attorneys for Plaintiffs

## **ORDER**

Considering the above stipulation and good cause appearing, the Court **ORDERS**:

(1)    Any opposition to the Motion to Stay shall be served and filed no later than June 4, 2025.

(2)    Any opposition to the Motion to Dismiss shall be filed no later than June 9, 2025.

IT IS SO ORDERED.

Dated: **May 15, 2025**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE

3

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING MOTION TO DISMISS AND MOTION TO STAY OPPOSITION DEADLINES, CASE NO. 1:24-CV-00303-JLT-SAB