# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA BOLLINGER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>STARBUCKS CORPORATION,<br><br>    Defendant. | Case No. 1:24-cv-00303-JLT-SAB<br><br>ORDER VACATING JULY 30, 2025 HEARING ON DEFENDANT'S MOTION TO DISMISS |

Defendant Starbucks Corporation filed a motion to dismiss the operative complaint with prejudice on April 7, 2025. (ECF No. 56.) Oral argument on the motion is set for July 30, 2025. (ECF No. 64.) Pursuant to the parties' stipulation entered on May 15, 2025, Plaintiffs' opposition to the motion to dismiss was due on June 9, 2025.[1] (ECF No. 66.) Plaintiffs did not file an opposition to the motion to dismiss by the June 9, 2025 deadline.

A party who fails to file a timely opposition is not entitled to be heard in opposition to the motion at oral argument and the failure to file a timely opposition may be construed as a non-opposition to the motion. L.R. 230(c).

///

---

[1] The stipulation was related to two deadlines: Any opposition by Defendant to Plaintiffs' motion to stay would be filed no later than June 4, 2025, and any opposition by Plaintiffs to Defendant's motion to dismiss would be filed no later than June 9, 2025. (ECF No. 66.) Plaintiffs' requested June 9, 2025 deadline to oppose the motion to dismiss was not contingent on a decision regarding Plaintiffs' motion to stay, which is currently pending before the district judge. (See ECF No. 67.)

Accordingly, IT IS HEREBY ORDERED that the hearing set for July 30, 2025, is VACATED, Defendant's motion to dismiss is taken under submission, and Court shall issue findings and recommendations as to the unopposed motion in due course.

IT IS SO ORDERED.

Dated:   **June 12, 2025**

STANLEY A. BOONE
United States Magistrate Judge