Trenton R. Kashima (SBN No. 291405)
Milberg Coleman Bryson
Phillips Grossman PLLC
402 West Broadway, Suite 1760
San Diego, CA 92101
Telephone: (619) 810-7047
Email: tkashima@milberg.com

*Attorneys for Plaintiffs and the Class*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA BOLLINGER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STARBUCKS CORPORATION, <br><br> Defendant. | Case No. 1:24-cv-00303-JLT-SAB <br><br> **STIPULATION OF VOLUNTARY DISMISSAL AND [PROPOSED} ORDER** |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendant, through their respective counsel, hereby stipulate and agree to the dismissal with prejudice of all claims that were asserted against Defendant in the above-captioned action, without fees or costs awarded to any party, and with all rights of appeal waived.

Dated: June 12, 2025

Respectfully submitted,

*s/ Bogdan Enica*
Bogdan Enica (Admitted *Pro Hac Vice*)
Keith L. Gibson (Admitted *Pro Hac Vice*)
Trenton R. Kashima (SBN No. 291405)

*ATTORNEYS FOR PLAINTIFFS*

*s/ Minh N. Vu*
Minh N. Vu (Admitted *Pro Hac Vice*)
Michael E. Steinberg (Admitted *Pro Hac Vice*)
Kristina M. Launey

*ATTORNEYS FOR DEFENDANT*

**IT IS SO ORDERED.**

Dated: _____

_____

The Honorable Jennifer L. Thurston
United States District Judge

STIPULATION OF VOLUNTARY DISMISSAL
CASE NO. 1:24-CV-00303-JLT-SAB